UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KORI L. LAKE,

        Petitioner,

v.

JOSEPH LEHMAN,

        Respondent.

Case No.  C04-5644RBL

ORDER DENYING PETITIONER'S MOTIONS TO STAY

    The court has reviewed petitioner's motions stay this matter (Docs. 29 & 31), and the balance of the record. It is therefore ORDERED.

    Petitioner is seeking a stay in this matter to allow time for the state court to finish considering issues he has raised in a Personal Restraint Petition related to potential charges brought pursuant to state law prohibiting Persistent Prison Misbehavior, RCW 9.94A.070.

    The court does not find in necessary to stay this matter to properly consider the underlying petition for writ of habeas corpus. Accordingly, court DENIES petitioner's motions to stay this case.

    DATED this 19th day of April, 2005.

                            /s/ *J. Kelley Arnold*
                            J. Kelley Arnold
                            United States Magistrate Judge