UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KORI L. LAKE,

            Petitioner,

    v.

JOSEPH LEHMAN,

            Respondent.

Case No. C04-5644RBL

ORDER

The Court, having reviewed the petition, the Report and Recommendation of the Hon. J. Kelley Arnold, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

    (1)    The Court adopts the Report and Recommendation;

    (2)    The petition for writ of habeas corpus is DENIED;

    (3)    Petitioner's pending motions are moot and/or inappropriate and therefore DENIED; and

    (4)    The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Hon. J. Kelley Arnold.

DATED this 18th day of May, 2005.

*[signature]*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1