HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

KORI LANE LAKE,

    Petitioner,

v.

JOSEPH LEHMAN,

    Respondent.

Case No. 04-5644 RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Petitioner's Motion for a Certificate of Appealability [Dkt. #42].

Having considered the entirety of the records and file herein, the Court rules as follows:

For the reasons stated in the Magistrate Judge's Report and Recommendation [Dkt. #37], this Court declines to issue a Certificate of Appealability because petitioner has failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 27th day of June, 2005.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1